**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HUSEYIN ZEYBEK, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 25-512J |
| | ) | |
| v. | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| WARDEN LEONARD ODDO, *et. al.*, | ) | Re: ECF No. 1 |
| | ) | |
| Respondents. | ) | |

## ORDER

AND NOW, this _6th_ day of January, 2026, and for the reasons stated in the Memorandum Opinion issued contemporaneously herewith, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus, ECF No. 1, is CONTIDIONALLY GRANTED.

IT IS FURTHER ORDERED that Petitioner shall be provided with a bond hearing before a neutral immigration judge of the Executive Office of Immigration Review on or before **January 14, 2026**.

Such a hearing shall include consideration of all factors normally available to an immigration court in the context of an immigration bond hearing.

If Respondents fail to provide Petitioner with a bond hearing satisfying those requirements by that date, THE WRIT SHALL ISSUE, and Petitioner shall be released with appropriate conditions of supervision consistent with applicable law.

To the extent that Petitioner seeks any additional habeas relief, the same is DENIED. Denial is without prejudice to Petitioner seeking relief for future prolonged immigration detention, should the same become appropriate.

IT IS FURTHER ORDERED that counsel for the parties shall file notice of the date and time of the bond hearing on the docket in this matter once the hearing is scheduled. The parties

1

further shall notify this Court of the outcome of the hearing within **three business days** of its completion.

IT IS FURTHER ORDERED that any motion for costs and/or fees must be submitted on or before **February 9, 2026**.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, any party wishing to appeal from this Order must file a notice of appeal within 30 days (or 60 days if one of the parties is contemplated in Rule 4(a)(1)(B)), as provided in Rule 3 of the Federal Rules of Appellate Procedure, with the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219.

BY THE COURT,

MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of record (*via* CM/ECF)

2